IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00956-WYD-MEH

DALLAS BUYERS CLUB, LLC,

    Plaintiff,

v.

JOHN DOE 6,

    Defendant.

---

### ORDER DISMISSING PARTY WITHOUT PREJUDICE AND CLOSING CASE

---

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant John Doe 6 (ECF No. 22), filed on November 2, 2015. After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant John Doe 6 shall be **DISMISSED WITHOUT PREJUDICE** from this action.  Accordingly, it is

ORDERED that Defendant John Doe 6 is **DISMISSED WITHOUT PREJUDICE** from this action.  No other defendants remain in this action.  Therefore, it is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of John Doe 6, and close the case.

Dated: November 3, 2015.

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge